IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRAXTON MICHAEL WHITE,<br><br>  Plaintiff,<br><br>  vs.<br><br>HALL COUNTY, STATE OF NE, HALL COUNTY DISTRICT COURT, Official capacity; HALL COUNTY DEPARTMENT OF CORRECTIONS, Official capacity; GRAND ISLAND POLICE DEPARTMENT, Official capacity; and GERALD WAYNE HARRIS, Individual capacity;<br><br>  Defendants. | **8:25CV13**<br><br>**MEMORANDUM AND ORDER** |

Plaintiff filed his Complaint in this matter on January 13, 2025, while he was incarcerated. The Court granted him leave to proceed in forma pauperis on May 1, 2025, also while he was incarcerated. Plaintiff filed a change of address on June 2, 2025, indicating that he is no longer incarcerated. *See* Filing No. 14.

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the Court's $405.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the Court's $405.00 filing and administrative fees within

30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The Clerk of the Court is directed to set a pro se case management deadline with the following text: **July 6, 2025**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 6th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2