IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRAXTON MICHAEL WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>HALL COUNTY, STATE OF NE, HALL COUNTY DISTRICT COURT, Official capacity; HALL COUNTY DEPARTMENT OF CORRECTIONS, Official capacity; GRAND ISLAND POLICE DEPARTMENT, Official capacity; and GERALD WAYNE HARRIS, Individual capacity;<br><br>Defendants. | 8:25CV13<br><br>MEMORANDUM AND ORDER |

Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 17. Upon review of Plaintiff's motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

2. The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff is no longer liable for the remaining balance of the filing fee.

Dated this 24th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge